FILED21 JUL '26 15:36USDC-ORP

UNDER SEAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00262-SI** |
| **v.** | **INDICTMENT** |
| **DANIEL BOSTWICK,** | **18 U.S.C. § 1466A(b)(1)** |
| **Defendant.** | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of Obscene Visual Representation of Child Sexual Abuse)**
**(18 U.S.C. § 1466A(b)(1))**

On or about April 7, 2026, in the District of Oregon, defendant **DANIEL BOSTWICK,** having been previously convicted of an offense under the laws of Oregon relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, Sexual Abuse in the First Degree in violation of Oregon Revised Statutes Section 163.427 – did knowingly possess at least one visual depiction that depicts a minor engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256(2) and is obscene, a means or instrumentality of interstate or foreign commerce having been used in committing or in furtherance of the commission of the offense, and such visual depiction having been produced using materials that

that have been shipped or transported in interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 1466A(b)(1), (d)(1), and (d)(4).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 1467(a): (1) any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

Dated: July 21, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

MIRA CHERNICK, MASB #696845
Assistant United States Attorney